IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00033(RMM) |
| | ) | |
| | ) | |
| Peter Harding | | |

**ORDER**

Pending before the Court is the motion of defendant PETER J. HARDING seeking admission of his attorney, Jason R. DiPasquale, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney DiPasquale's *pro hac vice* admission to this Court.

_____
Zia M. Faruqui
United States Magistrate Judge

3