**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 21-MJ-33** |
| **PETER J. HARDING,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Jennifer Leigh Blackwell, Assistant U.S. Attorney, hereby enters her appearance on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

Date: July 26, 2021        By: __*/s/ Jennifer Leigh Blackwell*_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 803-1590
Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 26th day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


Date: July 26, 2021　　　　　　　　　　By: __/s/ Jennifer Leigh Blackwell_____
　　　　　　　　　　　　　　　　　　　　　Jennifer Leigh Blackwell
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481097
　　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 803-1590
　　　　　　　　　　　　　　　　　　　　　Email: Jennifer.blackwell3@usdoj.gov