**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**


                    **v.**                                    **2021 mj  33**


**PETER J. HARDING**


### NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.


                              Respectfully submitted,

                                   /s/

                              Heather Shaner #273276
                              Appointed by the Court
                              1702 S Street N.W,
                              Washington, D.C. 20009
                              Tel. 202 265 8210

                              hhsesq@aol.com