**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:23-CR-00080 (ABJ)** |
| | **:** | |
| **PETER J. HARDING** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The undersigned, on behalf of the United States of America, hereby provides notice that

Assistant U.S. Attorney Kathryn E. Bolas enters an appearance in this case.

Respectfully Submitted,

Date: March 26, 2024
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:        /s/ Kathryn E. Bolas
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov