**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-CR-00080 (ABJ)** |
| **v.** | : | |
| | : | |
| **PETER J. HARDING** | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Raymond K. Woo is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/s/ Raymond K. Woo*
Raymond K. Woo
Assistant United States Attorney
AZ Bar No. 023050
U.S. Attorney's Office for the District of
Columbia
601 D Street, N.W. Washington, D.C. 20530
Office Tel.: 602-514-7736
Email: raymond.woo@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

On this 29th day of March 2024, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.


                                       */s/ Raymond K. Woo*
                                        Raymond K. Woo
                                        Assistant United States Attorney